UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN BOROIAN "PRO SE"
PLAINTIFF'S NAME

v.

DEFENDANT'S NAME
U.S. DISTRICT of MASSACHUSETTS
U.S. PROBATION OFFICE
CARMEN P. WALLACE
U.S. PROBATION OFFICER

CIVIL ACTION
NO.

05 CV 11373 GAO

MAGISTRATE JUDGE Sorokin

## COMPLAINT

1. THE PLAINTIFF IS A RESIDENT OF ANDOVER, ESSEX, MASSACHUSETTS, AND A CITIZEN OF THE UNITED STATES.

2. THE DEFENDANT IS THE DISTRICT OF MASSACHUSETTS, U.S. PROBATION OFFICE, CARMEN P. WALLACE, U.S. PROBATION OFFICER.

## JURISDICTION

3. THIS COURT HAS JURISDICTION OVER THIS MATTER PURSUANT TO 28 U.S.C. 1331.

## FACTS

4. In June, 2005, the Plaintiff, Martin Borgian, "Pro Se", was ordered to undergo DNA testing by the U.S. District of Massachusetts, U.S. Probation office, Carmen P. Wallace, U.S. Probation officer. (See enclosed exhibit marked #1).

5. The Plaintiff, Martin Borgian "Pro Se", states that as a defendant in a criminal case, which is in U.S. District of Vermont, entered into a plea bargain agreement on September 5, 2003, in U.S. District Court, District of Vermont, Martin Borgian, being a resident of Massachusetts, Martin Borgian received a sentence of 1 year probation, and Martin Borgian is under the supervised probation of the District of Massachusetts, U.S. Probation office. Martin Borgian is filing an appeal of his conviction based on the grounds of violations of his U.S. Constitutional Rights.

6. The Plaintiff Martin Borgian states that in the official U.S. District Court, District of Vermont, Judgement in his criminal case, ordered by the Honorable J. Garvan Murtha, U.S. District Judge, (see exhibit marked #2), that Judge Murtha ordered that Martin Borgian did not have to undergo any drug tests or that Martin Borgian did not have to undergo DNA testing as directed by the probation officer.

## FACTS

7. The Plaintiff, Martin Boloian, in the Plea Bargain Agreement, entered a guilty plea to 1 count of making a false statement. (See Exhibit #2). The Plaintiff did not commit any of the violent crimes mentioned in the 2004 Amendments. Subsec. (d), of 42 USCA §14135 2, (collection and use of DNA Identification Information from certain Federal offenders.). See Exhibit marked #3. This is the Law that the U.S. Probation office is using as grounds to DNA test me.

8. The Plaintiff Martin Boloian states that he has no prior convictions of any misdemeanors or felonies. The Plaintiff Martin Boloian states that in Section 3. concerning validity of DNA analysis Backlog Elimination Act, that the stated purpose of Act, was to gather evidence in the National DNA Database to be used in solving crimes, and not related to any current supervised release and that there is no individualized suspicion of wrongdoing to justify requiring a DNA sample. (U.S. v. Miles, E.D. Cal. 2002). See Exhibit marked #3. Page 7 of 10 pages. #3. Validity. - Paragraph 2.

9.-A. The new law 42 USCA §14135 a, concerning the collection of and use of DNA Identification Information from certain Federal offenders, was passed into law and became effective; October 30, 2004, and yet the U.S. District of Massachusetts, U.S. District Probation office waits until June, 2005, to order Martin Boloian to undergo DNA Testing, 1 month before Martin Boloian's 1 year Probation sentence is served.

FACTS

9B. Plaintiff Martin Borcian states that U.S. District of Massachusetts, U.S. Probation office did this and waited over 7 months, so that Martin Borcian would not have sufficient time to file a legal challenge against their order to force Martin Borcian to submit to DNA testing.

10. That the Plaintiff Martin Borcian informed the U.S. District of Mass. U.S. Probation office, that Martin Borcian recently suffered a TSI, among multiple medical problems that Martin Borcian has. Martin Borcian states that this order by the U.S. Probation office to Martin Borcian is affecting Martin Borcian's health + life very adversely.

THE RELIEF SOUGHT FROM THE U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS.

Wherefore the Plaintiff respectfully prays to this honorable U.S. District Court, that the court order the U.S. District of Massachusetts, U.S. Probation office, Carmen P. Wallace, U.S. Probation officer, to deny, dismiss, and withdraw their June 8, 2005 order, directing Martin Borcian to undergo DNA testing on June 30, 2005, in Boston, Mass.

Martin Borcian "Pro se"
Martin Borcian
121 N. Main Street
Andover, Mass. 01810