UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOTION FOR APPOINTMENT OF COUNSEL

MARTIN BOROIAN "PRO SE"
PLAINTIFF'S NAME

V.

DEFENDANT'S NAME
U.S. DISTRICT OF MASSACHUSETTS
U.S. PROBATION OFFICE
CARMEN P. WALLACE
U.S. PROBATION OFFICER

CIVIL ACTION NO.

05CV 11373 GAO

MOTION FOR APPOINTMENT OF COUNSEL

THE PLAINTIFF, MARTIN BOROIAN STATES THAT HE HAS FILED AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT WITH THE U.S. DISTRICT COURT IN BOSTON, MASS. THE PLAINTIFF HAS ATTEMPTED TO GET THE BOSTON, MASS. U.S. PUBLIC DEFENDER'S OFFICE TO REPRESENT HIM IN THIS MATTER, BUT HAS BEEN UNSUCCESSFULL. THE PLAINTIFF LIVES WITH HIS SISTER AND THE PLAINTIFF RECEIVES A TOTAL OF $609.40 PER MONTH FROM SSI DISABILITY. THE U.S. DISTRICT COURT JUDGE THE HONORABLE J. GARVAN MURTHA, IN THE FINAL COURT ORDER STATED THAT HE DID WANT MARTIN BOROIAN TO UNDERGO DRUG TESTS OR DNA TESTING. THE ORIGINAL U.S. DISTRICT COURT ORDER IS INCLUDED IN THIS FILING AND IS MARKED AS EXHIBIT # 2.

RESPECTFULLY SUBMITTED BY
Martin Boroian "PRO SE"
MARTIN BOROIAN
121 NORTH MAIN STREET
TEL # 1-978-470-0571