UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN BOROIAN "Pro Se"
PLAINTIFF'S NAME

v.

I. U.S. PROBATION OFFICE
DISTRICT OF MASS.

II. U.S. PROBATION OFFICER
CARMEN R WALLACE
DEFENDANT'S NAME

CIVIL ACTION
NO. - 05 - 11373 - G.A.O

7 NOVEMBER, 2005

## Motion for Default

NOW COMES THE PLAINTIFF, MARTIN BOROIAN, AND RESPECTFULLY PRAYS TO THIS HONORABLE COURT, TO ORDER THAT THE DEFENDANTS NAMED IN THIS CIVIL ACTION, BE FOUND IN DEFAULT OF THIS COURT ORDER, IN THAT THE DEFENDANT'S FAILED TO FILE AN ANSWER WITH THIS HONORABLE COURT, AND ALSO FAILED TO FILE AN ANSWER WITH PLAINTIFF MARTIN BOROIAN'S COMPLAINT.

THE DEFENDANT'S FAILED TO FOLLOW THE COURT'S ORDER DIRECTING THE DEFENDANTS TO FILE AN ANSWER WITH THE COURT AND THE PLAINTIFF, MARTIN BOROIAN, IN ANSWER TO MARTIN BOROIAN'S COMPLAINT.

MARTIN BOROIAN WAS SEEKING AN ORDER FROM THIS HONORABLE COURT, DIRECTING THE DEFENDANTS, THE U.S. PROBATION OFFICE IN BOSTON MASS. AND THE DEFENDANT U.S. PROBATION OFFICER, CARMEN P. WALLACE, TO WITHDRAW THEIR JUNE 30, 2005 ORDER TO MARTIN BOROIAN TO SUBMIT TO THE DNA TESTING IN BOSTON MASS., SCHEDULED FOR JUNE 30, 2005. MARTIN BOROIAN COMPLIED WITH THEIR ORDER.

MARTIN BOROIAN'S U.S. CONSTITUTIONAL RIGHTS WERE VIOLATED BY THE U.S. PROBATION OFFICE AND BY CARMEN P. WALLACE.

(1).

(2)

RE: C.A.
NO.-05-11373-GAO

MOTION FOR DEFAULT

I. The Plaintiff, Martin Boroian, states that he complied with this court's orders and mailed all of the proper forms and copies of forms required by this court to the U.S. Marshals office.

II. The Plaintiff, Martin Boroian further states that he mailed all of the required forms requested by the rules and orders of the U.S. Marshals Service to the U.S. Marshals Service.

III. Process Receipt and Return signed and dated by the Plaintiff, Martin Boroian, on 10-4-2005, and mailed to the U.S. Marshals Service.

IV. The U.S. Marshals Service stamped that they received the Plaintiff's Process Receipt and Return on 5 October, 2005.

V. The Deputy U.S. Marshal certified that the date of service upon the defendants was the 6th of October, 2005, at 11:00 a.m.

VI. The Plaintiff, Martin Boroian states that the 30 days, after the date of service, having passed, without the defendants answer to the Plaintiff Martin Boroian, violated this court's order.

(2)

RE: C.A.
NO. 05-11373-GAO

MOTION FOR DEFAULT

THE PLAINTIFF RESPECTFULLY PRAYS TO THIS HONORABLE U.S. DISTRICT COURT, TO THE HONORABLE GEORGE A. O'TOOLE, U.S. DISTRICT COURT JUDGE TO ORDER A JUDGEMENT OF DEFAULT AGAINST THE DEFENDANTS, TO GIVE RELIEF TO THE PLAINTIFF, MARTIN BOROIAN'S, U.S. CONSTITUTIONAL RIGHTS HAVING BEEN VIOLATED BY THE DEFENDANTS.

RESPECTFULLY SUBMITTED
BY Martin Boroian "Pro Se"
PLAINTIFF
MARTIN BOROIAN

MARTIN BOROIAN
121 N. MAIN STREET
ANDOVER, MASS. 01810

TEL.# 1-(978) 470-0571

CERTIFICATE OF SERVICE

MARTIN BOROIAN - "PRO SE" - PLAINTIFF

v.

U.S. PROBATION OFFICE
BOSTON DISTRICT
+
U.S. PROBATION OFFICER
CARMEN P. WALLACE.

C.A.
NO-05-11373-GAO

I MARTIN BOROIAN CERTIFY THAT I MAILED A COPY OF A MOTION FOR DEFAULT, AGAINST THE DEFENDANTS, NAMED IN THIS CIVIL ACTION, ON THE 7TH. DAY OF NOVEMBER 2005, TO THE U.S. DISTRICT COURT CLERK, IN BOSTON, MASS., AND THAT I ALSO MAILED A COPY OF THE PLAINTIFF'S MOTION FOR DEFAULT AGAINST THE ABOVE NAMED DEFENDANTS, BY FIRST CLASS MAIL, CERTIFIED MAIL, RETURN RECEIPT, U.S. POSTAL SERVICE TO THE OFFICE BELOW:

THE UNITED STATES ATTORNEY'S OFFICE
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200,
BOSTON MASSACHUSETTS .02210

DATED IN ANDOVER, MASS.
THIS 7TH. DAY OF NOVEMBER, 2005.

TEL.# 1-(978) 470-0571.-

RESPECTFULLY
SUBMITTED BY
Martin Boroian "Pro Se"
MARTIN BOROIAN
121 N. MAIN STREET
ANDOVER, MASS. 01860

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK,
JOHN JOSEPH MOAKLEY COURTHOUSE,
1 COURTHOUSE WAY, SUITE 2300,
BOSTON, MASS. 02210

7TH. NOVEMBER, 2005

ATTN: CLERK FOR U.S. DISTRICT COURT JUDGE, THE HONORABLE GEORGE A. O'TOOLE UNITED STATES DISTRICT JUDGE.

RE: C.A.
NO. - 05 - 11373 - GAO

SIR: ENCLOSED FOR FILING WITH THIS COURT, PLEASE FIND THE

I. PLAINTIFF'S, (MARTIN BOROIAN), MOTION FOR DEFAULT, AGAINST THE DEFENDANTS, NAMED IN THE ABOVE NUMBERED CIVIL ACTION.

II. CERTIFICATE OF SERVICE BY THE PLAINTIFF, MARTIN BOROIAN, BY FIRST CLASS MAIL, CERTIFIED MAIL, RETURN RECEIPT, U.S. POSTAL SERVICE, UPON THE U.S. ATTORNEY'S OFFICE, LOCATED AT U.S. COURTHOUSE, 1 COURTHOUSE WAY, SUITE 9200, IN BOSTON, MASSACHUSETTS, 02210.

THIS 7TH. OF NOVEMBER, 2005.

RESPECTFULLY SUBMITTED
BY Martin Boroian
MARTIN BOROIAN
"PRO SE" PLAINTIFF

DATED 7TH. NOVEMBER, 2005

MARTIN BOROIAN
121 N. MAIN STREET
ANDOVER, MASS. 01810

TEL.# 1-(978) 470-0571