UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTIN BOROIAN,<br>        Plaintiff,<br><br>v.<br><br>U.S. PROBATION DEPARTMENT<br>and U.S. PROBATION OFFICER<br>CARMEN PENA WALLACE,<br>        Defendants. | C.A. No. 05-11373-GAO |

Defendants United States Probation Department and United States Probation Officer Carmen Pena Wallace hereby move to dismiss plaintiff Martin Boroian's Complaint for lack of subject matter jurisdiction. As reasons therefore, Defendants state that Plaintiff's case is now moot.

Respectfully submitted,

UNITED STATES PROBATION DEPT. &
UNITED STATES PROBATION OFFICER
CARMEN PENAL WALLACE,

By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Gina Walcott-Torres
       Gina Walcott-Torres
       Assistant United States Attorney
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

**REQUEST FOR WAIVER OF COMPLIANCE WITH RULE 7.1(A)(2) CERTIFICATION**

      The undersigned counsel hereby requests that the requirements pursuant to Local Rule 7.1(A)(2) be waived.  As grounds therefore, counsel asserts that the plaintiff in this matter is acting *pro se*.

                                                /s/ Gina Y. Walcott-Torres
                                                Gina Y. Walcott-Torres
                                                Assistant United States Attorney