DECEMBER 8, 2005

HONORABLE WILLIAM G. YOUNG
CHIEF JUDGE
1 COURTHOUSE WAY
BOSTON, MASSACHUSE TTS 02210
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE.

RE: CASE NUMBER:
1:05-CV-11373
BOROIAN V. U.S. PROBATION
ET al.

HONORABLE JUDGE YOUNG:
                    I AM WRITING THIS LETTER
TO BRING TO YOUR ATTENTION THE FOLLOWING FACTS REGARDING
THE CASE NOTED ABOVE.

I. ON JUNE 25, 2005, APPROXIMATELY, I FILED A COMPLAINT
   IN YOUR U.S. DISTRICT COURT.

II. ON JULY 5, 2005, U.S. DISTRICT JUDGE, THE HONORABLE
    GEORGE A. O'TOOLE GRANTED MY COMPLAINT APPLICATION
    TO PROCEED. ( SEE COPIES ENCLOSED ).

III. UNDER LOCAL RULE 4.1, I HAD ONE HUNDRED A TWENTY
     (120) DAYS OF THE FILING OF THE COMPLAINT TO SERVE THE
     DEFENDANTS.

IV. ON OCTOBER 6, 2005, THE U.S. MARSHALS SERVICE
    SERVED 1 (ONE) PROCESS RECEIPT AND RETURN ON EACH
    OF THE DEFENDANTS. I MAILED ENOUGH COPIES FOR THE
    U.S. ATTORNEY'S OFFICE AND THE U.S. ATTORNEY'S
    GENERAL, IN WASHINGTON, D.C. TO ALSO BE SERVED
    AS STATED ON THE BACK OF THE PROCESS RECEIPT AND
    RETURN.                    ( I )

RE: C.A. NO. 05-11373-GAO

V. THE HONORABLE U.S. DISTRICT JUDGE GEORGE A. O'TOOLE IN THE U.S. DISTRICT COURT ISSUED SUMMONS STATED THAT THE DEFENDANTS HAD 20 DAYS AFTER SERVICE OF THE SUMMONS UPON THEM, EXCLUSIVE OF THE DAY OF SERVICE, TO SUBMIT THEIR ANSWERS TO MY COMPLAINT AS REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE.

VI THE PROBLEM IS THAT THE DEFENDANTS NEVER SERVED AN ANSWER ON ME AFTER THE REQUIRED 20 DAYS AFTER SERVICE UPON THEM. THE JUDGE ORDERED THAT IF THEY FAILED TO DO SO, JUDGEMENT BY DEFAULT WILL BE TAKEN AGAINST THE DEFENDANTS.

VII ON NOVEMBER 7, 2005, I FILED A MOTION FOR DEFAULT ON THE DEFENDANTS, AND I MAILED BY U.S. POSTAL SERVICE, CERTIFIED MAIL, RETURN RECEIPT AND, A COPY OF MY MOTION FOR DEFAULT ON THE U.S. CLERK'S OFFICE IN THE U.S. DISTRICT COURT IN BOSTON, MASS. AND I ALSO SERVED A COPY OF MY MOTION FOR DEFAULT ON THE U.S. ATTORNEY'S OFFICE IN BOSTON, MASS.

RE: CASE NUMBER:
1:05 - CV - 11373

_VIII_

I LEARNED LATER, THAT THE U.S. ATTORNEY'S OFFICE HAD FILED AN OPPOSITION MOTION WITH THE U.S. DISTRICT COURT CLERK'S OFFICE.

THE U.S. ATTORNEY'S OFFICE DID NOT SEND ME A COPY OF THEIR OPPOSITION MOTION AS REQUIRED BY U.S. COURT RULES.

I HAVE REPEATEDLY CALLED THE U.S. CLERK'S OFFICE FOR INFORMATION, BUT IT TOOK OVER A MONTH, APPROXIMATELY, BEFORE I FOUND OUT THAT THE U.S. ATTORNEY'S OFFICE HAD FILED AN OPPOSITION MOTION AND INTENTIONALLY FAILED TO MAIL ME A COPY OF HIS OPPOSITION MOTION, AS REQUIRED BY U.S. DISTRICT COURTS RULES.

PLEASE YOUR HONOR, THE U.S. GOVERNMENT IS BREAKING THE U.S. COURT RULES. HE, MEANING THE DEFENDANTS AND THE U.S. ATTORNEY'S OFFICE IS MAKING A MOCKERY OF MY RIGHTS, AND IS NOT RESPECTFULL OF THE U.S. DISTRICT COURT.

PLEASE CORRECT THIS INJUSTICE.

Respectfully
Martin Borovian

MARTIN BOROVIAN
121 N. MAIN STREET
ANDOVER, MASS. 01810 - TEL.# 1 (978) 470-0571

_III_

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BoRoTiAN, MARTIN

**DEFENDANTS** U.S. PRoBATioN Office
DiSTRiCT OF MASSACHUSETTS
CARMEN P. WALLACE-U.S.-PRoBATioN oft.

**(b)** County of Residence of First Listed Plaintiff  ESSEX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
MARTIN Boroian - PRo - SE - i-978-476-0571
131 N. MAIN STREET - ANDOVER, MASS.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Med. Malpractice | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability   ☐ 365 Personal Injury - |    of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander   ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Liability    Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|    Student Loans | ☐ 340 Marine   **PERSONAL PROPERTY** |    Safety/Health | | ☐ 490 Cable/Sat TV |
|    (Excl. Veterans) | ☐ 345 Marine Product   ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |    Liability   ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |    Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    Property Damage |    Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |    Product Liability   ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |    12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |    Injury |    & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment    Sentence | ☐ 791 Empl. Ret. Inc. |    or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/   **Habeas Corpus:** |    Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |    Accommodations   ☐ 530 General | |    26 USC 7609 |    Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare   ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 540 Mandamus & Other | | |    Under Equal Access |
| |    Employment   ☐ 550 Civil Rights | | |    to Justice |
| | ☐ 446 Amer. w/Disabilities - ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| |    Other | | |    State Statutes |
| | ☒ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
THE BiLL of RiGHTS iN THE U.S. CONSTiTuTioN
Brief description of cause:
DEFENDANT WiLL FiLE MoTioN To DiSMiSS U.S. PRoBATioN office-BoSToN

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**
PRELiMiNARY INJuNCTioN

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): FoRMER U.S. CASE

U.S. DiSTRiCT JuDGE - DiSTRiCT OF VERMONT
**JUDGE** J. GARVAN MuRTHA **DOCKET NUMBER** 1:02-CR-98-01

**DATE** 25 JuNE 2005

**SIGNATURE OF ATTORNEY OF RECORD**
Martin Boroin "PRo SE"

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

P.S. I TRiED To GET MY FoRMER FEDERAL PUBLiC DEFENDER iN VT.
ANd I TRiED To GET THE U.S. PUBLiC FEDERAL DEFENDER'S office
To HELP ME - BUT I WAS UNABLE To GET HELP. M.B.

**Case Name: Boroian v. U.S. Probation Office et al**

**Case Number: 1:05-cv-11373**

Martin Boroian

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN BOROIAN,                         )
            Plaintiff         )
                          )
                          )
         v.                        )      C.A. No. 05-11373-GAO
                          )
U.S. PROBATION OFFICER CARMEN P.        )
WALLACE,                                )
            Defendant         )

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees
and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☐     The Clerk shall return the complaint to the undersigned for screening on the
       merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue
       pending the completion of screening on the merits.

☒     The Clerk shall issue summonses and the United States Marshal shall serve a
       copy of the summons, complaint, and this order upon defendant(s) as directed
       by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

July 5, 2005                       /s/ George A. O'Toole
DATE                            GEORGE A. O'TOOLE
                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN BOROIAN,                          )
                    Plaintiff            )
                                         )
        v.                               )    C.A. No. 05-11373-GAO
                                         )
U.S. PROBATION OFFICER CARMEN P.         )
WALLACE,                                 )
                    Defendant            )

### MEMORANDUM AND ORDER

For the reasons set forth below: (1) Plaintiff's Application to Proceed *in forma pauperis*

(#3) is allowed; (2) Plaintiff's Motion for Appointment of Counsel (#2) is denied without

prejudice; and  (3)  Summonses shall issue and the U.S. Marshal shall bear all costs of service.

### BACKGROUND

On June 27, 2005, Plaintiff Martin Boroian, a resident of Andover, Massachusetts,  filed a

*pro se* complaint seeking an Order from this Court directing the Defendant United States

Probation Office, and Defendant Probation Officer Carmen P. Wallace, to withdraw their June 8,

2005 Order to him to submit to DNA testing in Boston, MA, scheduled for June 30, 2005.  The

test was ordered pursuant to the DNA Analysis Backlog Elimination Act of 2000 (DNA Act), 42

U.S.C. §§ 14135-14135e.

Plaintiff alleges that he was convicted in a criminal case in the District of Vermont, and

is currently serving a one year probation sentence, under the supervision and jurisdiction of the

United States Probation Office in Boston, MA.  He claims that one month prior to his completion

of probation, he was directed by the Defendants to undergo DNA testing.  Plaintiff asserts that

$\int$

such testing was not specifically ordered by the sentencing judge or delegated to the Probation Office. Plaintiff further alleges that the timing of the request for a DNA sample was made by the Defendants at this late date in order to deny him a meaningful opportunity to challenge the order. He further asserts that there is no individualized suspicion of wrongdoing to justify the order for a DNA sample. Finally, he claims that he did not commit any of the violent crimes encompassed in 42 U.S.C. § 141352. He claims that this order is effecting his health.

Accompanying his Complaint, Plaintiff filed an Application to Proceed *in forma pauperis* (#3) and a Motion for Appointment of Counsel (#2).

## DISCUSSION

### I. The Application to Proceed In Forma Pauperis

In support of his request to waive the filing fee ($250.00), and in support of his Motion for Appointment of Counsel, Plaintiff submitted a completed Application to Proceed Without Prepayment of Fees, indicating that he has not been employed since 1987, has $20 in cash or savings, and has no other assets or income apart from Social Security Disability payments of $607.40 per month.

Accordingly, the Plaintiff has demonstrated he is without sufficient funds to pay the filing fee, and allows his Motion for Leave to Proceed *in forma pauperis* (#3).

### II. Motion for Appointment of Counsel

Plaintiff has filed a Motion for Appointment of counsel, claiming he is unable to afford to retain counsel and that he has made efforts to seek public defender assistance, but has been unsuccessful.

2

The decision to appoint counsel is discretionary, and neither a civil litigant nor a habeas petitioner has a constitutional or statutory right to appointed counsel. Dellenbach v. Hanks, 76 F.3d 820, 823 (7th Cir. 1996), cert. denied, 519 U.S. 894 (1996); Jackson v. Coalter, 337 F.3d 74 (1st Cir. 2003)(state prisoner had no right to counsel to collaterally attack sentence). In order to qualify for appointment of counsel, a party must be indigent and exceptional circumstances must exist such that the denial of counsel will result in fundamental unfairness impinging on the party's due process rights. See DesRosiers v. Moran, 949 F. 2d 15, 23 (1st Cir. 1991). See also Manisy v. Maloney, 283 F. Supp. 2d 307, 317 (D. Mass. 2003)(Memorandum and Order on Report and Recommendation of Magistrate Judge Dein, adopted (on the denial of counsel issue) by Judge Stearns by Memorandum and Order (#32) dated September 4, 2003 in C.A. 01-11849-RGS). In determining whether there are exceptional circumstances sufficient to warrant the appointment of counsel, a court must examine the total situation, focusing on the merits of the case, the complexity of the legal issues, and the litigant's ability to represent himself. DesRosiers, 949 F. 2d at 23-24 (citations omitted).

While Plaintiff was granted *in forma pauperis* status, he has not yet demonstrated the kind of "exceptional circumstances" that warrant appointment of counsel. However, it may well be appropriate to appoint counsel after a response by the Defendants has been filed.[1]

_____

[1] The Criminal Justice Act (CJA) provides for appointment of counsel where, *inter alia*, a defendant is charged with a violation of probation, see Vol. 7, Guidelines for the Administration of the Criminal Justice Act and Related Statutes, Chapter 2, Part A, § 2.01 A (1)(iii), or where a defendant is charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition, or extension or revocation of a term of supervised release. Id. at § 2.01 A(1)(vi). In these circumstances, appointed counsel is paid with funds under the

3

Accordingly, the motion for appointment of counsel is Denied without prejudice to renewing after the Defendants have responded to the Complaint, and upon a showing of exceptional circumstances exist to warrant the appointment of counsel.

III.    Summonses Shall Issue

Plaintiff's asserted challenges to the order to submit to DNA testing raise, *inter alia*, Fourth Amendment unreasonable search and seizure considerations.[2]    See, e.g., United States v. Sczubelek, 402 F.3d 175 (3rd Cir. 2005).

Accordingly, this Court will permit summonses to issue at this time. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendants as directed by plaintiff with all costs of service to be advanced by the United States.

## CONCLUSION

Based on the foregoing, it is hereby ORDERED:

1.    The Plaintiff's Application to Proceed Without Prepayment of Fees is Allowed;

2.    The Plaintiff's Motion for Appointment of Counsel is denied without prejudice; and

3.    Summonses shall issue and the U.S. Marshal shall bear all costs of service of process on

Criminal Justice Act. Plaintiff has not shown that in this civil action, he would qualify for CJA counsel. Absent authority to appoint CJA counsel, the Court may, in its discretion, appoint counsel pursuant to this Court's Plan for the Appointment of Counsel for Indigent Parties in Civil Cases (i.e., the "Pro Bono" Plan). No funds are available for the payment of Pro Bono counsel.

[2]This action may be construed as a Bivens civil rights action. Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) (establishing cause of action enabling plaintiff to seek judicial relief against federal officers who allegedly violated his Fourth Amendment rights).

4

these defendant. Plaintiff is responsible for directing the U.S. Marshal with respect to service of process, and the clerk shall provide Plaintiff with USM Form 285 for completion by the Plaintiff and submission to the U.S. Marshal. Plaintiff is advised that failure to effectuate service of process in accordance with Fed. R. Civ. Proc. 4 may result in dismissal of this action.

SO ORDERED.

July 5, 2005
DATE

/s/ George A. O'Toole
GEORGE A. O'TOOLE
UNITED STATES DISTRICT JUDGE

5

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF  MARTIN  BOROIAN | COURT CASE NUMBER  C.A. 05- 11373-GAO |
|---|---|
| DEFENDANT  UNITED STATES PROBATION OFFICE | TYPE OF PROCESS |

**SERVE** ➤

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  U.S. PROBATION OFFICE |
|---|

**AT**

| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  408 ATLANTIC AVENUE, Room 434, BOSTON, MASS. 02110 |
|---|

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| MARTIN, BOROIAN<br>121 N. MAIN STREET,<br>ANDOVER,, MASS. 01810 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                    Fold

| Signature of Attorney or other Originator requesting service on behalf of:  Martin Boroian "Pro Se" | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER  1-978-470-0511 | DATE  10-4-2005 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 38 | District to Serve  No. 38 | Signature of Authorized USMS Deputy or Clerk | Date  10/5/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service  10/6/05 | Time  11:00 ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee  45.00 | Total Mileage Charges (including endeavors)  — | Forwarding Fee  — | Total Charges  45.00 | Advance Deposits  — | Amount owed to U.S. Marshal or | Amount of Refund  — |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARTIN BOROIAN | C.A. No. 5-11373-GAO |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| U.S. PROBATION OFFICER CARMEN P. WALLACE | |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | CARMEN P. WALLACE |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 499 ESSEX ST. 2ND FLOOR LAWRENCE, MA. 01840. |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| MARTIN BOROIAN<br>121 N. MAIN STREET.<br>ANDOVER, MASS. 01810 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

| Signature of Attorney or other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| Martin Boroian PRO SE ☒ PLAINTIFF ☐ DEFENDANT | 1-978-470-0571 | 10-4-2005 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 34 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Lauria | Date<br>10/5/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>John Brown / Chief Probation | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above)<br>408 Atlantic Ave # 434<br>Boston, MA 02110 | Date of Service: 10/6/05   Time: 11:00 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 19.71 | — | 64.71 | — | — | — |

REMARKS:

NOTE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN BOLOIAN "PRO SE"
PLAINTIFF'S NAME

CIVIL ACTION
NO.

v.

DEFENDANT'S NAME
U.S. DISTRICT OF MASSACHUSETTS
U.S. PROBATION OFFICE
CARMEN P. WALLACE
U.S. PROBATION OFFICER

COMPLAINT

1.    THE PLAINTIFF IS A RESIDENT OF ANDOVER, ESSEX,
      MASSACHUSETTS, AND A CITIZEN OF THE UNITED STATES.

2.    THE DEFENDANT IS THE DISTRICT OF MASSACHUSETTS,
      U.S. PROBATION OFFICE, CARMEN P. WALLACE, U.S. PROBATION
      OFFICER.

JURISDICTION

3.    THIS COURT HAS JURISDICTION OVER THIS MATTER
      PURSUANT TO 28 U.S.C. 1331.

(2)

(3)

FACTS

4. IN JUNE, 2005, THE PLAINTIFF, MARTIN BORGIAN, "Pro Se", WAS ORDERED TO UNDERGO DNA TESTING BY THE U.S. DISTRICT OF MASSACHUSETTS, U.S. PROBATION OFFICE, CARMEN P. WALLACE, U.S. PROBATION OFFICER. ( SEE ENCLOSED EXHIBIT MARKED #1).

5. THE PLAINTIFF, MARTIN BORGIAN "Pro Se", STATES THAT AS A DEFENDANT IN A CRIMINAL CASE, WHICH IS IN U.S. DISTRICT OF VERMONT, ENTERED INTO A PLEA BARGAIN AGREEMENT ON SEPTEMBER 5, 2003, IN U.S. DISTRICT COURT, DISTRICT OF VERMONT, MARTIN BORGIAN, BEING A RESIDENT OF MASSACHUSETTS, MARTIN BORGIAN RECEIVED A SENTENTENCE OF 1 YEAR PROBATION, AND MARTIN BORGIAN IS UNDER THE SUPERVISED PROBATION OF THE DISTRICT OF MASSACHUSETTS, U.S. PROBATION OFFICE. MARTIN BORGIAN IS FILING AN APPEAL OF HIS CONVICTION BASED ON THE GROUNDS OF VIOLATIONS OF HIS U.S. CONSTITUTIONAL RIGHTS.

6. THE PLAINTIFF MARTIN BORGIAN STATES THAT IN THE OFFICIAL U.S. DISTRICT COURT, DISTRICT OF VERMONT, JUDGEMENT IN HIS CRIMINAL CASE, ORDERED BY THE HONORABLE J. GARVAN MURTHA, U.S. DISTRICT JUDGE, ( SEE EXHIBIT MARKED #2), THAT JUDGE MURTHA ORDERED THAT MARTIN BORGIAN DID NOT HAVE TO UNDERGO ANY DRUG TESTS OR THAT MARTIN BORGIAN DID NOT HAVE TO UNDERGO DNA TESTING AS DIRECTED BY THE PROBATION OFFICER.

FACTS

7. THE PLAINTIFF, MARTIN BULGIAN, IN THE PLEA BARGAIN AGREEMENT, ENTERED A GUILTY PLEA TO 1 COUNT OF MAKING A FALSE STATEMENT. (SEE EXHIBIT # 2). THE PLAINTIFF DID NOT COMMIT ANY OF THE VIOLENT CRIMES MENTIONED IN THE 2004 AMENDMENTS. SUBSEC. (D). OF 42 USCA § 14135a, ( COLLECTION AND USE OF DNA IDENTIFICATION INFORMATION FROM CERTAIN FEDERAL OFFENDERS.). SEE EXHIBIT MARKED # 3. THIS IS THE LAW THAT THE U.S. PROBATION OFFICE IS USING AS GROUNDS TO DNA TEST ME.

8. THE PLAINTIFF MARTIN BULGIAN STATES THAT HE HAS NO PRIOR CONVICTIONS OF ANY MISDEMEANORS OR FELONIES. THE PLAINTIFF, MARTIN BULGIAN STATES THAT IN SECTION 3. CONCERNING VALIDITY OF DNA ANALYSIS BACKLOG ELIMINATION ACT, THAT THE STATED PURPOSE OF ACT, WAS TO GATHER EVIDENCE IN THE NATIONAL DNA DATABASE TO BE USED IN SOLVING CRIMES, AND NOT RELATED TO ANY CURRENT SUPERVISED RELEASE AND THAT THERE IS NO INDIVIDUALIZED SUSPICION OF WRONGDOING TO JUSTIFY REQUIRING A DNA SAMPLE. ( U.S. V. MILES, E.D. CAL. 2002), SEE EXHIBIT MARKED # 3. PAGE 7 OF 10 PAGES. # 3. VALIDITY. - PARAGRAPH 2.

9.A. THE NEW LAW 42 USCA § 14135a, CONCERNING THE COLLECTION OF AND USE OF DNA IDENTIFICATION INFORMATION FROM CERTAIN FEDERAL OFFENDERS WAS PASSED INTO LAW AND BECAME EFFECTIVE; OCTOBER 30, 2004, AND YET THE U.S. DISTRICT OF MASSACHUSETTS, U.S. DISTRICT PROBATION OFFICE WAITS UNTIL JUNE, 2004, TO ORDER MARTIN BULGIAN TO UNDERGO DNA TESTING.

9B.  PLAINTIFF MARTIN BOROIAN STATES THAT U.S. DISTRICT
OF MASSACHUSETTS, U.S. PROBATION OFFICE DID THIS AND WAITED
OVER 7 MONTHS, SO THAT MARTIN BOROIAN WOULD NOT HAVE
SUFFICIENT TIME TO FILE A LEGAL CHALLENGE AGAINST
THEIR ORDER TO FORCE MARTIN BOROIAN TO SUBMIT TO DNA
TESTING.

10.  THAT THE PLAINTIFF MARTIN BOROIAN INFORMED THE U.S. DISTRICT
OF MASS. U.S. PROBATION OFFICE, THAT MARTIN BOROIAN RECENTLY
SUFFERED A T.S.I, AMONG MULTIPLE MEDICAL PROBLEMS THAT
MARTIN BOROIAN HAS. MARTIN BOROIAN STATES THAT THIS ORDER
BY THE U.S. PROBATION OFFICE TO MARTIN BOROIAN IS AFFECTING
MARTIN BOROIAN'S HEALTH + LIFE VERY ADVERSELY.

THE RELIEF SOUGHT FROM THE U.S. DISTRICT
COURT. DISTRICT OF MASSACHUSETTS.

WHEREFORE THE PLAINTIFF RESPECTFULLY PRAYS TO THIS
HONORABLE U.S. DISTRICT COURT, THAT THE COURT ORDER
THE U.S. DISTRICT OF MASSACHUSETTS, U.S. PROBATION OFFICE,
CARMEN P. WALLACE, U.S. PROBATION OFFICER, TO DENY, DISMISS
AND WITHDRAW THEIR JUNE 8, 2005 ORDER, DIRECTING
MARTIN BOROIAN TO UNDERGO DNA TESTING ON JUNE 30,
2005, IN BOSTON. MASS.

Martin Boroian "Pro Se"
MARTIN BOROIAN
121 N. MAIN STREET

( 5 )

DISTRICT OF MASSACHUSETTS

MOTION FOR APPOINTMENT OF COUNSEL

MARTIN Baloian "ProSe"
PLAINTIFF'S NAME

CIVIL ACTION
NO.

V.

DEFENDANT'S NAME
U.S. DISTRICT OF MASSACHUSETTS
U.S. PROBATION OFFICE
CARMEN P. WALLACE
U.S. PROBATION OFFICER

MOTION FOR APPOINTMENT OF COUNSEL

THE PLAINTIFF, MARTIN BOROIAN STATES THAT HE HAS
FILED AN APPLICATION TO PROCEED WITHOUT PREPAYMENT
OF FEES AND AFFIDAVIT WITH THE U.S. DISTRICT COURT IN
BOSTON, MASS. THE PLAINTIFF HAS ATTEMPTED TO GET THE
BOSTON, MASS. U.S. PUBLIC DEFENDER'S OFFICE TO REPRESENT
HIM IN THIS MATTER, BUT HAS BEEN UNSUCCESSFULL.
THE PLAINTIFF LIVES WITH HIS SISTER AND THE
PLAINTIFF RECEIVES A TOTAL OF $609.40 PER MONTH
FROM SSI DISABILITY. THE U.S. DISTRICT COURT JUDGE
THE HONORABLE J. GARVAN MURTHA, IN THE FINAL COURT
ORDER STATED THAT HE DID WANT MARTIN Boloian
TO UNDERGO DRUG TESTS OR DNA TESTING. THE
ORIGINAL U.S. DISTRICT COURT ORDER IS INCLUDED IN
THIS FILING AND IS MARKED AS EXHIBIT # 2.

(6)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

MARTIN BOROIAN,
                    Plaintiff
            V.

**SUMMONS IN A CIVIL CASE**

U.S. PROBATION OFFICER
CARMEN P. WALLACE,
                    Defendant

**CASE**        C.A. 05-11373-GAO

**TO:** (Name and address of Defendant)

**UNITED STATES PROBATION OFFICE**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**MARTIN BOROIAN, PRO SE**

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ 20\* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

(By) DEPUTY CLERK

7/6/05
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

MARTIN BOROIAN,
           Plaintiff

V.

U.S. PROBATION OFFICER
CARMEN P. WALLACE,
           Defendant

**SUMMONS IN A CIVIL CASE**

**CASE**       **C.A. 05-11373-GAO**

TO: (Name and address of Defendant)

UNITED STATES PROBATION OFFICER CARMEN P. WALLACE

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARTIN BOROIAN, PRO SE

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ **20\*** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

(By) DEPUTY CLERK

7/6/05
DATE

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK,
JOHN JOSEPH MOAKLEY COURTHOUSE.,
1 COURTHOUSE WAY, SUITE 2300..,

BOSTON, MASS. 02210

7 NOVEMBER, 2005

ATTN: CLERK FOR U.S. DISTRICT COURT
        JUDGE, THE HONORABLE GEORGE A. O'TOOLE
        UNITED STATES DISTRICT JUDGE.

RE: C-A.
     NO.-05-11373-GAO

SIR: ENCLOSED FOR FILING WITH THIS COURT, PLEASE FIND   THE
     I. PLAINTIFF'S, (MARTIN BOROIAN), MOTION FOR DEFAULT,
     AGAINST THE DEFENDANTS, NAMED IN THE ABOVE NUMBERED
     CIVIL ACTION.

     II   CERTIFICATE OF SERVICE BY THE PLAINTIFF, MARTIN
          BOROIAN, BY FIRST CLASS MAIL, CERTIFIED MAIL, RETURN RECEIPT,
          U.S. POSTAL SERVICE, UPON   THE U.S. ATTORNEY'S OFFICE,
          LOCATED AT * U.S. COURTHOUSE, 1 COURTHOUSE WAY, SUITE 9300,
          IN BOSTON, MASSACHUSETTS, 02210.
          THIS 7TH DAY OF NOVEMBER, 2005.

                              RESPECTFULLY SUBMITTED
                         BY   Martin Boroian
                              MARTIN BOROIAN
                              " PRO SE" PLAINTIFF

DATED   7   NOVEMBER, 2005

MARTIN   BOROIAN
721   N. MAIN STREET
ANDOVER, MASS. 01810

TEL.# 1- (978) 470-0571

UNITED STATES ATTORNEY'S OFFICE                           7 NOVEMBER, 2005
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, - SUITE 9200,
BOSTON, MASSACHUSETTS . 02210

RE: CIVIL ACTION
      NO. 05- 11373- GAO

SIR;
      ENCLOSED FOR YOUR FILES, PLEASE FIND COPIES OF A MOTION
FOR DEFAULT, AGAINST THE DEFENDANTS, NAMED IN THE ABOVE
NUMBERED CIVIL ACTION. THIS WAS FILED WITH THE UNITED
STATES DISTRICT COURT, CLERK'S OFFICE, IN BOSTON, MASS. SAID
CIVIL ACTION BEING ASSIGNED TO THE HONORABLE U.S. DISTRICT
COURT JUDGE, GEORGE A. O' TOOLE.

                              RESPECTFULLY SUBMITTED
                          BY   Martin Boroian "PRO SE"
                              MARTIN BOROIAN

                              1- ( 978- ) 470- 0576

MARTIN BOROIAN
121 N. MAIN STREET
ANDOVER, MASS. 01810

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN BOROIAN "Pro Se"
PLAINTIFF'S NAME

CIVIL ACTION
NO. -05- 11373- C.A.O

v

I    U.S. PROBATION OFFICE
DISTRICT of MASS.

II    U.S. PROBATION OFFICER
CARMEN R WALLACE
DEFENDANT'S NAME

MOTION FOR DEFAULT

NOW COMES THE PLAINTIFF, MARTIN BOROIAN, AND RESPECTFULLY
PRAYS TO THIS HONORABLE COURT, TO ORDER THAT THE DEFENDANTS
NAMED IN THIS CIVIL ACTION, BE FOUND IN DEFAULT OF THIS
COURT ORDER, IN THAT THE DEFENDANT'S FAILED TO FILE AN
ANSWER WITH THIS HONORABLE COURT, AND ALSO FAILED TO FILE AN
ANSWER WITH PLAINTIFF MARTIN BOROIAN'S COMPLAINT.

THE DEFENDANT'S FAILED TO FOLLOW THE COURT'S ORDER DIRECTING
THE DEFENDANTS TO FILE AN ANSWER WITH THE COURT AND THE
PLAINTIFF, MARTIN BOROIAN, IN ANSWER TO MARTIN BOROIAN'S COMPLAINT.

MARTIN BOROIAN WAS SEEKING AN ORDER FROM THIS HONORABLE COURT,
DIRECTING THE DEFENDANTS, THE U.S. PROBATION OFFICE IN BOSTON MASS.
AND THE DEFENDANT U.S. PROBATION OFFICER, CARMEN P. WALLACE, TO
WITHDRAW THEIR JUNE 30, 2005 ORDER TO MARTIN BOROIAN TO
SUBMIT TO THE DNA TESTING IN BOSTON MASS., SCHEDULED FOR
JUNE 30, 2005. MARTIN BOROIAN COMPLIED WITH THEIR ORDER.

MARTIN BOROIAN'S U.S. CONSTITUTIONAL RIGHTS WERE
VIOLATED BY THE U.S. PROBATION OFFICE AND BY CARMEN P.
WALLACE.                    ( I )

RE: C.A.
NO.-05-11373-GAG

MOTION FOR DEFAULT

I. THE PLAINTIFF, MARTIN BAROIAN, STATES THAT HE COMPLIED WITH THIS COURT'S ORDERS AND MAILED ALL OF THE PROPER FORMS AND COPIES OF FORMS REQUIRED BY THIS COURT TO THE U.S. MARSHALS OFFICE

II. THE PLAINTIFF, MARTIN BAROIAN FURTHER STATES THAT HE MAILED ALL OF THE REQUIRED FORMS REQUESTED BY THE RULES AND ORDERS OF THE U.S. MARSHALS SERVICE TO THE U.S. MARSHALS SERVICE.

III. PROCESS RECEIPT AND RETURN SIGNED AND DATED BY THE PLAINTIFF, MARTIN BAROIAN, ON 10-4-2005, AND MAILED TO THE U.S. MARSHALS SERVICE.

IV. THE U.S. MARSHALS SERVICED STAMPED THAT THEY RECEIVED THE PLAINTIFF'S PROCESS RECEIPT AND RETURN ON 5 OCTOBER, 2005.

V. THE DEPUTY U.S. MARSHAL CERTIFIED THAT THE DATE OF SERVICE UPON THE DEFENDANTS WAS THE 6TH. OF OCTOBER, 2005, AT 11:00 A.M.

VI. THE PLAINTIFF, MARTIN BAROIAN STATES THAT THE 30 DAYS, AFTER THE DATE OF SERVICE, HAVING PASSED, WITHOUT THE DEFENDANTS ANSWER TO THE PLAINTIFF MARTIN BAROIAN, VIOLATED THIS COURT'S ORDER

( 3 )

RE: C.A.
    NO. 05-11373-GAO

MOTION FOR DEFAULT

THE PLAINTIFF RESPECTFULLY PRAYS TO THIS HONORABLE
U.S. DISTRICT COURT, TO THE HONORABLE GEORGE A. O'TOOLE,
U.S. DISTRICT COURT JUDGE TO ORDER A JUDGEMENT OF
DEFAULT AGAINST THE DEFENDANTS, TO GIVE RELIEF
TO THE PLAINTIFF, MARTIN BOROIAN'S, U.S. CONSTITUTIONAL
RIGHTS HAVING BEEN VIOLATED BY THE DEFENDANTS.

RESPECTFULLY SUBMITTED
BY  Martin Boroian "PRO SE"
MARTIN BOROIAN

MARTIN BOROIAN
121 N. MAIN STREET
ANDOVER, MASS. 01810

TEL.# 1-(978) 470-0571

( 3 )

CERTIFICATE OF SERVICE

MARTIN BOROIAN - "Pro se" - Plaintiff

C.A.
NO - 05 - 11373 - GAO

v

U.S. PROBATION OFFICE
  BOSTON DISTRICT

  +

U.S. PROBATION OFFICER
CARMEN P. WALLACE.

I MARTIN BOROIAN CERTIFY THAT I MAILED A COPY OF A MOTION FOR DEFAULT, AGAINST THE DEFENDANTS, NAMED IN THIS CIVIL ACTION, ON THE 7TH. DAY OF NOVEMBER 2005, TO THE U.S. DISTRICT COURT CLEAK, IN BOSTON, MASS., AND THAT I ALSO MAILED A COPY OF THE PLAINTIFF'S MOTION FOR DEFAULT AGAINST THE ABOVE NAMED DEFENDANTS, BY FIRST CLASS MAIL, CERTIFIED MAIL, RETURN RECEIPT U.S. POSTAL SERVICE TO THE OFFICE BELOW:

THE UNITED STATES ATTORNEY'S OFFICE
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200,
BOSTON, MASSACHUSETTS . 02210

DATED IN ANDOVER, MASS.
THIS 7TH. DAY OF NOVEMBER, 2005.

TEL.# 1-(978) 470-0571.-

RESPECTFULLY
SUBMITTED BY
Martin Boroian
MARTIN BOROIAN
121 N. MAIN STREET
ANDOVER, MASS. 01840
    01840