Martin Bohonan
  Plaintiff

  v.

U.S. Probation Department
and U.S. Probation Officer
Carmen P. Wallace
    Defendants

C.A. NO. 05-11373-GAO

Plaintiff Martin Bohonan's Statement and Facts in Support of Plaintiff's Opposition Motion in Answer to the Defendant's Motion to Dismiss.

I  Plaintiff states that he is entitled to be informed of the extenuating circumstances for the requested extention and further jurisdictional defenses to Plaintiff's underlying complaint. Plaintiff states that the above filing request by the defendant's counsel, that a copy of which the Plaintiff Martin Bohonan was legally entitled to be mailed a copy of which, the Plaintiff Martin Bohonan proves that, ( Plaintiff Martin Bohonan never received a copy ), the defendant's counsel in violating the U.S. Roles of the Proper Service of documents upon all the parties in a case before a U.S. District Court.

II  Plaintiff states he complied fully with the service requirements relative to complaints against federal agencies.

VIII

III. Plaintiff again states that the grounds for his complaint are not moot.

IV. Plaintiff states that the defendants violated his IV Amendment Rights, (In the U.S. Bill of Rights,), against unreasonable search + seizure.

V. Plaintiff again asserts that there was injury to him and Plaintiff states that there are legitimate subject matter jurisdiction in this court.

VI. Plaintiff again asserts that he was under the threat section (5) criminal penalty of 42 USCA § 14135 a

§ 14135 a. Collection and use of of DNA Identification Information from certain federal offenders.

(5) Criminal Penalty

An individual from whom the collection of a DNA sample is authorized under this subsection who fails to cooperate in the collection of that sample shall be:
(A) Guilty of a class A misdemeanor, and
(B) Punished in accordance with Title 18.

IX

VII. Plaintiff again asserts that he complied with the U.S. District Court and the U.S. Probation Dept. in Mass. under the threat and coercion of 42 USCA § 14135 a.

Plaintiff has always complied with every court order of the U.S. District Courts in Vermont and in Boston.

NOTE: VIII. Plaintiff asserts that when the U.S. Marshals Service, served the Process Receipt and Return with the Plaintiff's original complaint, the U.S. Deputy Marshal signature on the form, it states on the back of the Process Receipt and Return, " For service of any process upon an officer of the U.S. Government, submit a copy of the writ and a set of form USM-285, for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writ, (which Plaintiff Martin Bohonnon complied with this order), for service upon the Government of the United States, the U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two, (2) to the Attorney General of the United States, (when the applicable block is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the U.S. Attorney General.

X

<u>VIII</u> CONTINUED   THE PLAINTIFF STATES THAT ACCORDING TO THE ABOVE INSTRUCTIONS FOR SERVICE OF PROCESS BY THE U.S. MARSHAL, IT IS THE DUTY OF THE U.S. MARSHAL SERVICE TO SERVE A COPY OF THE PROCESS RECEIPT AND RETURN UPON THE DISTRICT U.S. ATTORNEY AND TO SERVE UPON THE U.S. ATTORNEY GENERAL OF THE UNITED STATES.

THIS IS IN CONTRADICTION TO THE DEFENDANT'S COUNSEL STATEMENT IN SECTION (5) PAGE 2.

IX. Plaintiff states that on 11/07/05, he mailed a copy of the Plaintiff motion for default, - 1 (one) copy to the District Court Clerk, and one (1) copy to the United States Attorney's office by U.S. Postal Service, certified mail, return receipt card. Plaintiff has original return receipt and certified mail card, (which were signed by an assistant U.S. District Court Clerk and also signed by an representative of the U.S. Attorney's office) in Boston Mass.

The above documentary evidence which I would be glad to show to the court proves that the U.S. District Court Clerk's office and the U.S. Attorney's office made misstatements when they told the court that they found out about the Plaintiff's motion for default by other sources.

Plaintiff received a copy of the cover letter addressed to the U.S. Attorney's office and stamped as received as follows:

Filed:

Clerk's office
2005 Nov-8 A 11:42
U.S. District Court
District of Mass.

I will be glad to show the court this letter.

This page is in answer to the Defendants statements on page 2. of their XII - Opposition motion to Plaintiff's motion for default.

EXHIBIT A1.

*U.S. GPO: 2000-463-702/25203

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF MARTIN BOROIAN | COURT CASE NUMBER C.A. 05-11373-GAO |
|---|---|
| DEFENDANT UNITED STATES PROBATION OFFICE | TYPE OF PROCESS |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>U.S. PROBATION OFFICE<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>408 ATLANTIC AVENUE, ROOM 434, BOSTON, MASS. 02110 |
|---|---|

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARTIN BOROIAN
121 N. MAIN STREET
ANDOVER, MASS. 01810

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                          Fold

| Signature of Attorney or other Originator requesting service on behalf of:<br>Martin Boroian "PRO SE" | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>1-978-470-0571 | DATE<br>60-4-2005 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

" TURN OVER "

EXHIBIT "A II"

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.  *[NOTE] [NOTE] [NOTE] [NOTE]*

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

EXHIBIT "B"

United States Attorney's Office
United States Courthouse
1 Courthouse Way, - Suite 9200,
Boston, Massachusetts. 02210

7 November, 2005

Re: Civil Action
No. 05-11373-GAO

Sir;

Enclosed for your files, please find copies of a motion for default, against the defendants, named in the above numbered civil action. This was filed with the United States District Court, Clerk's Office, in Boston, Mass. Said civil action being assigned to the Honorable U.S. District Court Judge, George A. O'Toole.

Respectfully submitted
By Martin Boroian "Pro Se"
Martin Boroian Plaintiff

Martin Boroian
121 N. Main Street
Andover, Mass. 01810
1 (978) 470-0571

This is proof that U.S. Attorney's Office did receive a copy of the Plaintiffs Motion for Default from the Plaintiff.

M.B.