UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN BOROIAN | ) |
|  | ) |
| v. | )  CIVIL ACTION NO. 05-11373-GAO |
|  | ) |
| U.S. PROBATION OFFICE | ) |

NOTICE OF APPEARANCE

Assistant Federal Defender Judith H. Mizner, hereby files her appearance on behalf of plaintiff, Martin Boroian.

          MARTIN BOROIAN
          By his attorney,

          /s/ Judith Mizner
          Judith Mizner
           B.B.O. #350160
          Federal Defender Office
          408 Atlantic Avenue, 3rd Floor
          Boston, MA  02110
          Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 6, 2006.

          /s/ Judith Mizner
          Judith Mizner