UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTIN BOROIAN,<br>    Plaintiff,<br><br>v.<br><br>U.S. PROBATION DEPARTMENT<br>and U.S. PROBATION OFFICER<br>CARMEN PENA WALLACE,<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-11373-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

Now comes the defendants, the United States Probation Department and United States Probation Officer Carmen Pena Wallace, who hereby move this Court to continue the August 6, 2007, Status Conference for extenuating circumstances. Specifically, the undersigned counsel for the defendants has a final pretrial conference scheduled in another matter at the same time. (See Pedicini v. United States, civil action no. 04-12395-JLT, scheduled for trial on August 13, 2007). Additionally, both the Court and the parties await a decision in a case pending before the United States Court of Appeals for the First Circuit, United States v. Weikart, which involves the same or similar issues as the instant matter. When this Court scheduled the August 6th Status Conference, it did so in the hopes that the First Circuit would have already rendered its decision in that case. As of this date, the First Circuit has not issued ruled in the Weikart matter.

        Respectfully submitted,

        UNITED STATES PROBATION DEPT. &
        UNITED STATES PROBATION OFFICER
        CARMEN PENA WALLACE,

        By their attorney,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Gina Walcott-Torres
By:  Gina Walcott-Torres
        Assistant United States Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3369

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned counsel hereby certifies that she has conferred with counsel for the plaintiff in compliance with Loc. R. 7.1(A)(2), and that plaintiff's counsel has assented to the relief requested in this motion.

        /s/ Gina Y. Walcott-Torres
        Gina Y. Walcott-Torres
        Assistant United States Attorney