UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARTIN BOROIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. PROBATION, et al, | ) | CIVIL ACTION NO. 05-11373-GAO |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the Defendants.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                          By:   /s/ Mark J. Grady
                                  Mark J. Grady
                                  Assistant U.S. Attorney
                                  U. S. Attorney's Office
                                  John Joseph Moakley
                                  United States Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA  02210
                                  617-748-3136