UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARTIN BOROIAN | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-11373-GAO |
| | ) | |
| U.S. PROBATION OFFICE | ) | |

ASSENTED TO
MOTION FOR ENLARGEMENT OF TIME FOR FILING AMENDED COMPLAINT

Martin Boroian, through undersigned counsel, requests that this Court enlarge the time within which he may file an amended complaint in this matter to and including March 10, 2008.

In support of this motion, counsel states the following:

1. Due to obligations in other matters in this Court, the United States Court of Appeals and the United State Supreme Court, counsel has not been able to prepare the amended complaint in this case and consult with plaintiff within the time frame contemplated in the prior motion for enlargement of time.

2. Counsel now anticipates preparing the amended complaint, meeting with plaintiff and finalizing the amended complaint for filing by March 10, 2008.

3. Undersigned counsel has consulted with counsel representing the defendant concerning the enlargement of time requested. Counsel representing defendant has assented to

the enlargement of time requested.

        MARTIN BOROIAN
        By his attorney,

        /s/ Judith Mizner
        Judith Mizner
          B.B.O. #350160
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

February 14, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 14, 2008

        /s/ Judith Mizner
        Judith Mizner