UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARTIN BOROIAN | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-11373-GAO |
| | ) | |
| U.S. PROBATION OFFICE | ) | |

ASSENTED TO

MOTION FOR ENLARGEMENT OF TIME FOR FILING AMENDED COMPLAINT

    Martin Boroian, through undersigned counsel, requests that this Court enlarge the time within which he may file an amended complaint in this matter from March 10, 2008 to and including March 11, 2008.

    In support of this motion, counsel states the following:

    1. Counsel is in the process of finalizing the amended complaint and supporting memorandum but will not be able to do so until tomorrow, March 11, 2008.

    2. Undersigned counsel has consulted with counsel representing the defendant concerning the enlargement of time requested. Counsel representing defendant has assented to the enlargement of time requested.

    MARTIN BOROIAN
By his attorney,

/s/ Judith Mizner
Judith Mizner
  B.B.O. #350160
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

March 10, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2008

                                                /s/ Judith Mizner
                                                Judith Mizner