UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARTIN BOROIAN | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-11373-GAO |
| | ) | |
| U.S. PROBATION OFFICE | ) | |

ASSENTED TO
MOTION FOR ADDITIONAL TIME FOR FILING ADDITIONAL SUPPORTING DOCUMENTATION

Martin Boroian, through undersigned counsel, requests that this Court grant him until March 25, 2008 to file additional supporting documentation in this case.

In support of this motion, counsel states the following:

1. Counsel is filing the amended complaint and supporting memorandum of law this date, March 11, 2008.

2. Counsel wishes to review and submit additional supporting documentation addressing some of the scientific aspects of this case. One of those documents is a study referenced in the opinion denying rehearing in *United States v. Weikert*, 504 F.3d 20 (1st Cir. 2007). Counsel has not yet been able to obtain that study and is attempting to locate a copy. Counsel is also seeking other documents relevant to the DNA technology and use issues raised in the amended complaint. The additional time requested is needed because counsel will be teaching at an out of state workshop from March 12 through March 15, 2008, is not returning until March 18, 2008 and needs to review the documentation before submission.

3. Undersigned counsel has consulted with counsel representing the defendant concerning the additional time requested. Counsel representing defendant has assented to

the additional time requested.

        MARTIN BOROIAN
        By his attorney,

        /s/ Judith Mizner
        Judith Mizner
          B.B.O. #350160
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

March 11, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March  11, 2008

        /s/ Judith Mizner
        Judith Mizner