UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN BOROIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-11373-GAO |
| ) | |
| U.S. PROBATION, et al, ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO JULY 30, 2008**

The Defendants in this action hereby move for an extension of time to answer or otherwise respond to the amended complaint in this matter up to and including July 30, 2008.

By way of background, the instant matter initially arose as a challenge to the authority of the Defendants in this action to compel the Plaintiff to provide a DNA sample in accord with the provisions of the DNA Analysis Backlog Elimination Act of 2000 ("DNA Act"), Pub.L. No. 106-546 (codified as amended in scattered sections of 10 U.S.C., 18 U.S.C., and 42 U.S.C.). As the issue, as initially pled, was then before the First Circuit, action in this matter was held in abeyance pending the First Circuit's ruling.

After the First Circuit's decision in United States v. Weikert, 504 F.3d 1 (1st Cir. 2007), which upheld the constitutionality of the statute, the Plaintiff filed an amended complaint, challenging not the Defendant's authority to seize a DNA sample, but instead, generally speaking, the ability of the Defendants to retain the Plaintiff's DNA sample upon the completion of the Plaintiff's probation (an issue left open by the First Circuit). The amended pleading was filed on March 11, 2008, with a memorandum in support last being filed on March 24, 2008.

The requested extension is reasonably necessary to prepare the Defendant's response and

the Plaintiff has assented to the requested extension.

Wherefore, the Defendants request that the time to answer or otherwise respond be extended to July 30, 2008.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:   /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        617-748-3136

## Certificate of Compliance

I hereby certify that counsel for the Petitioner has assented to this extension request.
        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2008.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney