UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARTIN BOROIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-11373-GAO |
| | ) | |
| ROBERT MUELLER, III, Director, | ) | |
| Federal Bureau of Investigation, | ) | |
| CARMEN P. WALLACE, United States | ) | |
| Probation Officer, and, | ) | |
| UNITED STATES PROBATION | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), the Defendants, Robert Mueller, III, Carmen Wallace, and the United States Probation Department, by and through their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby move to dismiss this action for failure to state a claim upon which relief may be granted.

In support of this Motion, the Defendants submit the attached memorandum of law.

Wherefore, the Defendants request that this action be dismissed.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Mark J. Grady
    Mark J. Grady
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    617-748-3136

### Certificate of Compliance

I hereby certify that I have attempted to confer with counsel for the Plaintiff regarding this Motion and no agreement could be reached.

    /s/ Mark J. Grady
    Mark J. Grady
    Assistant U.S. Attorney

### Certificate of Service

I hereby certify that this document(s), and the attached memorandum, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 5, 2008.

    /s/ Mark J. Grady
    Mark J. Grady
    Assistant U.S. Attorney