UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARTIN BOROIAN                    )
                                 )
                 v.              )          CIVIL ACTION NO. 05-11373-GAO
                                 )
U.S. PROBATION OFFICE            )


ASSENTED TO
<u>MOTION FOR ENLARGEMENT OF TIME FOR FILING RESPONSE TO MOTION TO
DISMISS</u>

_____Martin Boroian, through undersigned counsel, requests that this Court enlarge the time

within which he may file a response to defendants' motion to dismiss from August 19, 2008 to

and including September 19, 2008.

In support of this motion, counsel states the following:

1.  Counsel intends to file a response to defendants' motion to dismiss this action for

failure to state a claim upon which relief may be granted, filed on August 5, 2008.

2.   Due to obligations in other matters pending in the United States Court of Appeals for

the First Circuit, counsel will not be able to prepare a response to defendant's motion to dismiss

within the time frame provided by the local rules.

3.  Counsel anticipates preparing the response for filing by September 19, 2008.

3.  Undersigned counsel has consulted with counsel representing the defendants

concerning the enlargement of time requested.  Counsel representing defendants has assented to

the enlargement of time requested.

MARTIN BOROIAN
By his attorney,

/s/ Judith Mizner
Judith Mizner
  B.B.O. #350160
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

August 15, 2008

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2008.

/s/ Judith Mizner
Judith Mizner

2